UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FRANCISCO RODRIGUEZ RUIZ, JR.,

        Plaintiff,

        v.                           Case No. 23-C-600

WAYNE BAUER et al.,

        Defendants.

---

## DECISION AND ORDER

---

        Plaintiff Francisco Rodriguez Ruiz is incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. §1983 case. On September 25, 2023, Plaintiff filed a second amended complaint. On October 9, 2023, the Court noted that the second amended complaint did not include a demand for relief as required by Fed. R. Civ. P. 8(a)(1). The Court ordered that, if Plaintiff wanted the Court to consider the second amended complaint, Plaintiff had to supplement the second amended complaint with a demand for relief. The Court clarified that Plaintiff did not have to reproduce the entire second amended complaint; he simply needed to file a demand for relief. Dkt. No. 35.

        Plaintiff did not comply with the Court's straightforward order. Instead, Plaintiff filed a document he titled "Brief: Motion: Relief," wherein he largely argues the merits of a previously dismissed case. Dkt. No. 36. The Court will give Plaintiff a final opportunity to supplement his second amended complaint with a demand for relief. The Court will provide Plaintiff with page 4 of its amended complaint form, which includes a space for plaintiffs to identify the relief they want. **Plaintiff must use the form.** *See* Civil L. R. 9(b). If he does not use the provided form,

the Court will strike his second amended complaint for failure to comply with Fed. R. Civ. P. 8 and the Court's order. If the Court strikes the second amended complaint, the amended complaint (Dkt. No. 10) will remain the operative complaint.

**IT IS THEREFORE ORDERED** that Plaintiff must supplement his second amended complaint with a demand for relief by **November 14, 2023.** The clerk's office is directed to provide Plaintiff with page 4 of the amended complaint form. **Plaintiff must use the form.** If the Plaintiff does not comply with the Court's order, the Court will strike Plaintiff's second amended complaint, and the amended complaint (Dkt. No. 10) will remain the operative complaint.

Dated at Green Bay, Wisconsin this 26th day of October, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
